**IT IS ORDERED as set forth below:**



**Date: March 5, 2018**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

IN RE:                          }   CHAPTER 13
                                }
DONALD EDWARD WILLIAMS,         }   CASE NO. A18-51112-MGD
                                }
     DEBTOR(S)                  }   JUDGE DIEHL
```

### ORDER DISMISSING CHAPTER 13 CASE
### PURSUANT TO 11 U.S.C. §§ 109(h) and 109(g)

The Chapter 13 Trustee's Motion to Dismiss Pursuant to 11 U.S.C. §§ 109(h) and 109(g) came before this Court at a hearing held February 28, 2018 at 10:00 a.m.  Present was counsel for the Chapter 13 Trustee, K. Edward Safir.  The Debtor, Pro Se, did not appear.

In the instant case, the Debtor has failed to file a certificate of credit counseling pursuant to 11 U.S.C. § 109(h).

Additionally, the Debtor has filed six (6) recent Chapter 13 cases, each of which was dismissed by the Court.  Said cases are as follows: first case, **13-67000**, was filed on August 5, 2013 and dismissed on September 24, 2013; second case, **14-58903**, was filed on May 5, 2014 and dismissed on July 8, 2014; third case, **15-54069**, was filed on March 3, 2015 and dismissed on April 22, 2015; fourth case, **15-69271**, was filed on October 6, 2015 and dismissed on November 23, 2015; fifth case, **16-59854**, was filed on June 6, 2016 and dismissed on June 24, 2016; and sixth case, **17-52178**, was filed on February 6, 2017 and dismissed with prejudice on April 6, 2017.

There being no opposition to the Trustee's Motion at the call of the calendar, it is hereby

ORDERED that this case is dismissed pursuant to 11 U.S.C. §§ 109(h) and 109(g).  The Debtor is hereby ineligible to file for relief under Chapter 13 of the United States Bankruptcy Code for one hundred eighty (180) days from the date of entry of this Order.

The Clerk of Court shall serve a copy of this Order to the Debtor, Pro Se, the Chapter 13 Trustee and all parties in interest.

**END OF DOCUMENT**

Order Presented By:

_____/s/_____
K. Edward Safir, Staff Attorney
Mary Ida Townson
Standing Chapter 13 Trustee
GA Bar No.: 622149
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303
404-525-1110
eds@atlch13tt.com